UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>MACARIO ROSALES-SANCHEZ,<br><br>                    Defendant. | No.  4:15-CR-6010-EFS-4<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CHANGE HOURS OF CURFEW** |

Before the Court, without oral argument, is Defendant Macario Rosales-Sanchez's Motion to Change Curfew Hours, ECF No. 72. On January 13, 2016, Defendant Rosales-Sanchez was arraigned in this matter. ECF No. 33. On January 15, 2016, a bail hearing was held. ECF No. 54. Magistrate Judge Rodgers set a curfew for Defendant requiring him to be home between the hours of 6:00 p.m. and 6:00 a.m. as a condition of his pretrial release. *Id.* Defendant asks the Court to adjust those hours to require him to be home from 8:00 p.m. to 7:30 a.m. ECF No. 72 at 1. This would allow Defendant to participate in evening activities with his son while still allowing him to take his son to school in the morning. *Id.* According to defense counsel, the Government has no objection to the modification of Defendant's pretrial release curfew. *Id.*

//

/

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Macario Rosales-Sanchez's Motion to Motion to Change Curfew Hours, **ECF No. 72**, is **GRANTED**.
2. Defendant's curfew now runs from 8:00 p.m. to 7:30 a.m.
3. All other previously imposed conditions of pretrial release remain unchanged.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and to the U.S. Probation Office.

**DATED** this _ 17th _ day of February 2016.

_____s/Edward F. Shea_____
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Criminal\2015\6010.ord.mod.cond.lc2.docx

ORDER - 2