UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      v.<br><br>MACARIO ROSALES-SANCHEZ,<br><br>                  Defendant. | No.  4:15-CR-6010-EFS-4<br><br>**ORDER GRANTING DEFENDANT'S SECOND MOTION TO CHANGE HOURS OF CURFEW** |

    Before the Court, without oral argument, is Defendant Macario Rosales-Sanchez's Second Motion to Change Curfew Hours, ECF No. 102. On January 13, 2016, Defendant Rosales-Sanchez was arraigned in this matter. ECF No. 33. On January 15, 2016, a bail hearing was held. ECF No. 54. Magistrate Judge Rodgers set a curfew for Defendant requiring him to be home between the hours of 6:00 p.m. and 6:00 a.m. as a condition of his pretrial release. *Id.* Defendant previously asked the Court to adjust those hours to require him to be home from 8:00 p.m. to 7:30 a.m. ECF No. 72 at 1. The Court granted his request. ECF No. 81. Defendant now asks that the Court adjust his curfew hours to require him to be home from 2:30 a.m. to 7:30 a.m. ECF No. 102. Defendant informs the Court that he has been offered a delivery job, which would require him to work late hours. *Id.* According to defense counsel, the Government has no objection to the modification of Defendant's pretrial release curfew. *Id.*

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Macario Rosales-Sanchez's Second Motion to Change Curfew Hours, **ECF No. 102**, is **GRANTED**.
2. Defendant's curfew now runs from 2:30 a.m. to 7:30 a.m.
3. All other previously imposed conditions of pretrial release remain unchanged.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and to the U.S. Probation Office.

**DATED** this _9th_ day of May 2016.

__s/Edward F. Shea__<br>EDWARD F. SHEA<br>Senior United States District Judge

Q:\EFS\Criminal\2015\6010.2.ord.mod.cond.lc2.docx

ORDER - 2