1

2

3

4

5

6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7

8

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

MACARIO ROSALES-SANCHEZ,

                    Defendant.

9

10

11

12

No.  4:15-CR-6010-EFS-4

**ORDER GRANTING DEFENDANT'S MOTION
TO MODIFY CONDITIONS OF RELEASE**

13

14      Before the Court, without oral argument, is Defendant Macario

15  Rosales-Sanchez's Motion to Modify Conditions of Release, ECF No. 104.

16  Defendant seeks permission to travel to Oregon for a family vacation

17  from July 3, 2016, to July 6, 2016. The Court grants the motion.

18      Accordingly, **IT IS HEREBY ORDERED:**

19    1. Defendant's Motion to Modify Conditions of Release, ECF No. 104,

20        is **GRANTED.**

21    2. Defendant may travel to Oregon from July 3, 2016, to July 6,

22        2016. He may not travel to any other state and must be back in

23        the Eastern District of Washington by July 7, 2016.

24  //

25  //

26  /

ORDER - 1

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel and to the U.S. Probation Office.

**DATED** this  _20th_  day of June 2016.

                     s/Edward F. Shea__
                     EDWARD F. SHEA
          Senior United States District Judge